**Donna PARRISH, Plaintiff,**

v.

**Louis SOLLECITO, individually, James Gallagher, individually, Mount Kisco Import Cars, Ltd. d/b/a Mount Kisco Honda, and Westchester Import Cars Ltd. d/b/a Acura of Bedford Hills, Defendants.**

**No. 01 CIV. 5420(VM).**

United States District Court,
S.D. New York.

April 16, 2003.

Jonathan Lovett, Lovett & Gould, White Plains, NY, for Donna Parrish, Plaintiff.

Andrea Elizabeth Sacco, Wade Clark Mulcahy, New York City, Martin Gringer, PC, Garden City, NY, Philip Touitou, Ohrenstein & Brown, LLP, New York City, Joshua Adam Marcus, Franklin & Gringer, PC, Garden City, NY, for Defendants.

### ORDER

MARRERO, District Judge.

On April 11, 2003, the jury in this case returned a verdict of liability against Sollecito, Gallagher and Acura on Parrish's retaliation claim, but found for Defendants

on Parrish's sexual harassment hostile work environment claim. The jury awarded Parrish $15,000 in compensatory damages and $500,000 in punitive damages.

Pursuant to Rule 59(d) of the Federal Rule of Civil Procedure, it is hereby

**ORDERED** that the parties address, through written submissions, the issue of whether a new trial on the issue of damages should not be ordered in this case, unless plaintiff consents to a written remittitur reducing the punitive damages award against defendants in an amount not to exceed $135,000, in accordance with *Vasbinder v. Scott*, 976 F.2d 118, 122 (2d Cir.1992), in light of the amount of punitive damages awarded by the jury and the recent Supreme Court holding in *State Farm Mutual Auto. Ins. Co. v. Campbell*, 123 S.Ct. 1513 (2003); and it is further

**ORDERED** that the parties file their written submissions on this issue with the Court no later than May 9, 2003.

**SO ORDERED.**